IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-153-RLV-DCK

| | |
|---|---|
| MICKEY CROOKS, | ) |
|       Plaintiff, | ) |
| v. | )   **ORDER** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CAREFUSION 303, INC., AND HEWITT ASSOCIATES, LLC, | ) |
|       Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by John A. Shedden, concerning Mark E. Schmidtke on November 24, 2014. Mr. Mark E. Schmidtke seeks to appear as counsel *pro hac vice* for Defendants CareFusion 303, Inc. and Hewitt Associates, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Mr. Mark E. Schmidtke is hereby admitted *pro hac vice* to represent Defendants CareFusion 303, Inc. and Hewitt Associates, LLC.

    **SO ORDERED**.

Signed: November 24, 2014

David C. Keesler
United States Magistrate Judge